In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-14-00113-CR
_____

**BELAL ABEL RAHIM, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 411th District Court**
**Polk County, Texas**
**Trial Cause No. 19680**

**MEMORANDUM OPINION**

Belal Abel Rahim has filed a motion to dismiss his appeal. *See* Tex. R. App. P. 42.2. A request to dismiss the appeal is signed by appellant personally and joined by counsel of record. No opinion has issued in this appeal. The motion is granted, and the appeal is therefore dismissed.

APPEAL DISMISSED.

_____

HOLLIS HORTON
Justice

Opinion Delivered May 7, 2014
Do Not Publish

Before McKeithen, C.J., Horton and Johnson, JJ.